Nos. 34 and 35. KEYSTONE DRILLER Co. v. GENERAL EXCAVATOR Co.; and

Nos. 36 and 37. SAME v. OSGOOD Co. Motion submitted March 5, 1934. Decided March 12, 1934. The motion to recall the mandates in these cases is denied. See 290 U.S. 240.

No. 400. MARION ET AL. v. SNEEDEN, RECEIVER. March 12, 1934. Petition for rehearing denied. See *ante,* p. 262.

No. 680. WINN, ADMINISTRATOR, v. CONSOLIDATED COACH CORP. March 12, 1934. Petition for rehearing denied. See *post,* p. 668.

No. 361. INTERSTATE COMMERCE COMM'N v. PENNSYLVANIA RAILROAD CO. ET AL. Argued February 7, 8, 1934. Reargued March 12, 13, 1934. Decided March 19, 1934. *Per Curiam:* Decree affirmed, by an equally divided Court. MR. JUSTICE ROBERTS took no part in the consideration or decision of this case. *Mr. Daniel W. Knowlton,* with whom *Messrs. William H. Bonneville, H. L. Underwood,* and *E. M. Ebert* were on the brief, for petitioner. *Mr. Henry Wolf Biklé,* with whom *Messrs. F. D. McKenney* and *C. B. Heiserman* were on the brief, for respondents.